UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


TERRY ROGER WARREN,

      Movant

v.                                 CIVIL ACTION NO. 2:10-1115
                                 (Criminal No. 2:09-0009-01)

UNITED STATES OF AMERICA,

      Respondent


MEMORANDUM OPINION AND ORDER


The court having received the proposed findings and recommendation of the United States Magistrate Judge filed on January 14, 2011, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the United States or the movant to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, accordingly, ORDERED that the movant's section 2255 motion be, and it hereby is, denied.  It is further ORDERED

that this action be, and it hereby is, dismissed and stricken

from the docket.

        The Clerk is directed to forward copies of this order

to the movant, all counsel of record, and the magistrate judge.

                         DATED: February 3, 2011


                         _____
                         John T. Copenhaver, Jr.
                         United States District Judge

2