UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**TERRY ROGER WARREN,**

    Movant,

v.                                         Civil Action No. 2:14-13605
                                               Criminal Action No. 2:09-00009

**UNITED STATES OF AMERICA**

    Respondent.

<u>MEMORANDUM OPINION AND ORDER</u>

       The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, filed on August 31, 2016, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

       It is, therefore, ORDERED that the plaintiff's motion to vacate, set aside or correct sentence by a person in federal custody be, and it hereby is, denied.  It is further ORDERED that this matter be, and it hereby is, removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to plaintiff, all counsel of record and the United States Magistrate Judge.

DATED: April 3, 2017

John T. Copenhaver, Jr.
United States District Judge